**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone:   (406) 761-7715
Fax:     (406) 453-9973
E-mail:  jeff.starnes@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
OCT 21 2021
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSEMARIE ANN MURROW,<br>a.k.a. "Ghost,"<br><br>Defendant. | CR 21- 11 -H-BMM<br><br>INDICTMENT<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE METHAPHETAMINE**<br>Title 21 U.S.C. § 841(a)(1) (Count I)<br>(Penalty: Mandatory minimum ten years to lifetime imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>**DISTRIBUTION OF METHAMPHETAMINE**<br>Title 21 U.S.C. § 841(a)(1) (Counts II-III)<br>(Penalty: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)<br><br>**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME** (Count IV)<br>Title 18 U.S.C. § 924(c)(1)(A)<br>(Penalty: At least five years imprisonment consecutive to any other count, $250,000 fine, three years supervised release) |

1

**PROHIBITED PERSON IN POSSESSION OF A FIREARM**
Title 18 U.S.C. § 922(g)(1) (Count V)
(Penalty: Ten years imprisonment, $250,000 fine and three years supervised release)

**POSSESSION OF STOLEN FIREARMS**
Title 18 U.S.C. §§ 922(j) & 924(a)(2) (Count VI)
(Penalty: Ten years imprisonment, $250,000 fine and three years supervised release)

**CRIMINAL FORFEITURE**
18 U.S.C. § 924(d)
21 U.S.C. § 853(a)

**TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS**

THE GRAND JURY CHARGES:

COUNT I

That beginning in at least May of 2017, and continuing thereafter through August 2021, at or near Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendant, ROSEMARIE ANN MURROW, *aka "Ghost,"* knowingly possessed with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

COUNT II

That on or about October 27, 2020, at or near Helena, in Lewis and Clark County, in the State and District of Montana, the defendant, ROSEMARIE ANN

MURROW, *aka "Ghost,"* knowingly distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That on or about November 23, 2020, at or near Helena, in Lewis and Clark County, in the State and District of Montana, the defendant, ROSEMARIE ANN MURROW, *aka "Ghost,"* knowingly distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT IV

That on or about April 14, 2021, at or near Helena, in Lewis and Clark County, in the State and District of Montana, the defendant, ROSEMARIE ANN MURROW, *aka "Ghost,"* did knowingly possess a firearm in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, possession with intent to distribute 50 grams or more of actual methamphetamine, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT V

That on or about a April 14, 2021, at or near Helena, in Lewis and Clark County, in the State and District of Montana, the defendant, ROSEMARIE ANN MURROW, *aka "Ghost,"* knowing she had been convicted on or about October

10, 2008, and on or about September 12, 2008, of crimes punishable by imprisonment for a term exceeding one year under the laws of the State of New Jersey, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## COUNT VI

That beginning in or about January 2021, and continuing thereafter until on or about April 14, 2021, at or near Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendant, ROSEMARIE ANN MURROW, *aka "Ghost,"* knowingly possessed firearms which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe that such firearms were stolen, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses set forth in Counts I, II, or III of the indictment, the defendant, ROSEMARIE ANN MURROW, *aka "Ghost,"* shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense.

Upon conviction of any offense set forth in Counts IV, V, or VI, of this Indictment, the defendant, ROSEMARIE ANN MURROW, *aka "Ghost,"* shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____