# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-11-H-BMM |
| Plaintiff, | |
| vs. | ORDER SETTING DETENTION HEARING |
| ROSEMARIE ANN MURROW, *a.k.a.* *GHOST*, | |
| Defendant. | |

Upon Motion of Defendant Rosemarie Ann Murrow for the setting of a Detention Hearing, there being no objection from the Government;

IT IS HEREBY ORDERED that a Detention Hearing is scheduled in this matter for Tuesday, December 7, 2021 at 2:30 p.m.

John Johnston
United States Magistrate Judge

1