# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 22-11-H-BMM** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **ROSEMARIE ANN MURROW,** *a.k.a. "Ghost,"* | |
| **Defendant.** | |

The United States of America has filed a motion to release the defendant from custody and to place her on conditions of supervision pending trial. The defense does not oppose the motion. The Court finds there is good cause for the motion. The Court further finds that Murrow's changed medical condition as detailed in the United States brief in support of its motion, now presents exceptional and compelling circumstances warranting pretrial release. Accordingly, IT IS HEREBY ORDERED that the United States' motion is GRANTED. Defendant Murrow shall be immediately released on conditions of supervision that have been issued along with this order. Defense counsel shall provide a copy of this order and the conditions to Ms. Murrow as soon as practicable.

1

DATED this 7th day of April 2022.

_____
Brian Morris, Chief District Judge
United States District Court