# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSEMARIE ANN MURROW,<br><br>Defendant. | Case No. CR 21-11-H-BMM<br><br>**ORDER VACATING TRIAL DATE AND SETTING CHANGE OF PLEA HEARING** |

Defendant Rosemarie Ann Murrow, having filed a Motion to Enter Guilty Plea;

IT IS HEREBY ORDERED that the final pretrial conference and jury trial in this matter, presently scheduled for Tuesday, June 28, 2022, beginning at 8:30 a.m., are VACATED; IT IS FURTHER HEREBY ORDERED that a Change of Plea Hearing shall be and is hereby scheduled for June 27, 2022 at 11:00 a.m.

DATED this 14th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court

1