JEFFREY K. STARNES
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT  59401
Phone:   (406) 761-7715
Fax:       (406) 453-9973
E-mail:   jeff.starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 21-11-H-BMM |
|---|---|
| Plaintiff, | SUPERSEDING INFORMATION |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1) (Count 1)<br>(Penalty: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least five years of supervised release) |
| ROSEMARIE ANN MURROW, *a.k.a. "Ghost,"*<br><br>Defendant. | PROHIBITED PERSON IN POSSESSION OF A FIREARM<br>Title 18 U.S.C. § 922(g)(1) (Count 2)<br>(Penalty: Ten years of imprisonment, $250,000 fine and three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>18 U.S.C. § 924(d)<br>21 U.S.C. § 853(a)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

That beginning in at least May of 2017, and continuing thereafter through August 2021, at or near Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendant, ROSEMARIE ANN MURROW, *aka "Ghost,"* knowingly possessed with the intent to distribute, five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2

That on or about April 14, 2021, at or near Helena, in Lewis and Clark County, in the State and District of Montana, the defendant, ROSEMARIE ANN MURROW, *aka "Ghost,"* knowing she had been convicted on or about October 10, 2008, and on or about September 12, 2008, of crimes punishable by imprisonment for a term exceeding one year under the laws of the State of New Jersey, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS

Upon conviction of the offense set forth in Count 1 of this superseding information, the defendant, ROSEMARIE ANN MURROW, *aka "Ghost,"* shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2): (1) any property constituting

and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense.

Upon conviction of the offense set forth in Count 2 of this superseding information, the defendant, ROSEMARIE ANN MURROW, *aka "Ghost,"* shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

                                                                    _____
                                                                    JEFFREY K. STARNES
                                                                     Assistant U.S. Attorney

_____
JESSE A. LASLOVICH
United States Attorney

_____
TIMOTHY J. RACICOT
Criminal Chief Assistant U.S. Attorney