IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **ROSEMARIE ANN MURROW,** *a.k.a. "Ghost,"* <br><br> **Defendant.** | CR 21-11-H-BMM <br><br> **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United State' Motion for Preliminary Order of Forfeiture. The Court having read the Motion and being fully advised in the premises finds:

THAT the defendant, Rosemarie Ann Murrow, pled guilty to Counts 1 and 2 of the Superseding Information, (Doc. 37), which provides a factual basis and cause to issue a forfeiture order forfeiting the firearm described in the Indictment under 21 U.S.C. § 853; and 18 U.S.C. § 924(d).

THAT as part of the plea agreement, defendant Murrow agreed to forfeit to the United States firearms, ammunition, and U.S. currency as listed in the Appendix to the plea agreement (Doc. 36 at 2).

THAT prior to the disposition of the asset, the United States Marshal's Service, the Drug Enforcement Administration, or a designated sub-custodian, is required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT Murrow' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and Rule 32.2 of the *Federal Rules of Criminal Procedure*:

- U.S. currency in the amount of $5,400

- Marlin .22 caliber rifle with an unknown serial number

- Harrington & Richardson, model Topper 12-gauge shotgun, with serial number AG27037;

- Rock Island Armory, model M1911-A1 FS .45 caliber pistol, with serial number RIA1565826;

- Diamondback firearms, model DB380, .380 caliber pistol, with serial number Zl7458;

- Walter mode P22, .22 caliber pistol, with serial # Z069076, and 10 rounds of .22 caliber ammunition; and

- All ammunition seized during the investigation of this case (approximately 2,000 rounds)

THAT the United States Marshal's Service, the Drug Enforcement Administration, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 26, United States Code, Section 5872(b), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this  18th  day of July 2022.

_____
Brian Morris, Chief District Judge
United States District Court