# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSEMARIE ANN MURROW,<br><br>Defendant. | Case No. CR 21-11-H-BMM<br><br>ORDER EXTENDING VOLUNTARY SURRENDER DATE AND SURRENDER AT CASCADE COUNTY DETENTION CENTER |

Defendant Rosemarie Ann Murrow having filed a Motion for Extension of Date for Self-Surrender, there being no objection from the Government,

IT IS HEREBY ORDERED: Ms. Murrow's self-surrender date shall be November 18, 2022, no later than 2:00 p.m. In addition, Ms. Murrow may self-surrender to the Cascade County Detention Center, to be transported to FMC Carswell, Naval Air Station, J St Bldg 3000, Fort Worth, TX 76127, by the United States Marshals Service. A copy of this order shall be submitted to the U.S. Marshals Service and to the Bureau of Prisons.

DATED this 18th day of October, 2022.

Brian Morris, Chief District Judge
United States District Court